UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JACKSON,<br><br>   Plaintiff,<br><br>v.<br><br>JEFFREY VASQUES,<br><br>   Defendant. | Case No. 22-cv-02557-JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. No. 7 |

On April 27, 2022, Plaintiff Lawrence Jackson filed his complaint and an application to proceed *in forma pauperis*. (Dkt. Nos. 1, 2.) On May 17, 2022, Magistrate Judge Tse, to whom this case was assigned, granted the application to proceed *in forma pauperis* and issued a screening order finding that Plaintiff had failed to state a claim upon which relief could be granted. (Dkt. No. 6.) This screening order required Plaintiff to file an amended complaint by no later than June 3, 2022, if he intended to pursue this matter. On June 6, 2022, Magistrate Judge Tse issue a report and recommendation ("Report") recommending the Court dismiss this matter as Plaintiff had failed to file an amended complaint. (Dkt. No. 7.) The matter was reassigned to the undersigned. (Dkt. No. 8.) The deadline to file objections to the Report has passed, and no objections have been filed. Still no amended complaint has been filed.

The Court has reviewed the Report and finds it well-reasoned in all respects. Accordingly, the Court HEREBY ADOPTS the Report and DISMISSES this action. A separate judgment shall issue and the Clerk is instructed to close the file.

**IT IS SO ORDERED.**

Dated: July 8, 2022

_____
JEFFREY S. WHITE
United States District Judge